In the Matter of SHARON K. BLAND, Appellant, v GELLMAN, BRYDGES & SCHROFF et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent. (And Another Proceeding.)

Submitted April 1, 2013; decided May 2, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.

THERESA DEVITO, Appellant, v DENNIS FELICIANO et al., Respondents.

Submitted April 29, 2013; decided May 2, 2013

Motion by Defense Association of New York, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

ROGER FORBES, Appellant, v STATE OF NEW YORK, Respondent.

Submitted April 1, 2013; decided May 2, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.